Sumner Lumber Company, a corporation under the laws of Florida, Plaintiff in Error, v. George W. Deen and J. M. Bell, co-partners under the style and firm name of Deen & Bell, Defendants in Error.

Filed January 25, 1916.

Writ of Error to Circuit Court, Marion County; Richard McConathy, Referee, and W. S. Bullock, Judge.

Judgment affirmed.

*L. W. Duval* and *Wm. Hocker,* for Plaintiff in Error;

*Davis & Giles,* for Defendants in Error.

---

D. G. Rivers and Mary E. Rivers, Appellants, v. The First National Bank of Lake City, a corporation, Appellee.

Filed February 2, 1916.

Appeal from Circuit Court, Columbia County; M. F. Horne, Judge.

Decree affirmed.

*A. P. Rivers,* for Appellants;

*Palmer & Palmer,* for Appellee.